JAMES HERBERT v. STATE.
No. A-1494. Opinion Filed January 13, 1913.
Appeal from Canadian County Court;
W. A. Maurer, Judge.

James Herbert was convicted of violating the prohibitory law, and appeals. Affirmed.

E. T. Barbour, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, James Herbert, was tried and convicted in the county court of Canadian county on a charge of selling intoxicating liquor, and was on the 2nd day of September, 1911, sentenced to pay a fine of two hundred dollars and serve 30 days in the county jail. Upon a careful examination of the record and the briefs on both sides in this case we are of the opinion that the judgment should be affirmed. The only question urged is the insufficiency of the evidence. We cannot say as a matter of law that the verdict is contrary to the evidence. The judgment of the trial court is therefore affirmed.

OTTO BAUER v. STATE.
No. A-1503. Opinion Filed January 13, 1913.
Appeal from Washita County Court;
L. R. Shean, Judge.

Otto Bauer was convicted of violating the prohibitory law, and appeals. Affirmed.

G. W. Cornell, for plaintiff in error.
Smith C. Matson and Jos. L. Hull, Asst. Attys. Gen., for the State. Gen., for the State.

PER CURIAM. The plaintiff in error, Otto Bauer, was tried and convicted at the July, 1911, term of the county court of Washita county, on a charge of having the unlawful possession of intoxicating liquors with intent to sell the same, and his punishment fixed at a fine of five hundred dollars and imprisonment in the county jail for a period of 180 days. We have carefully examined the record and find no errors prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is therefore affirmed.

O. J. TRUESDELL v. STATE.
No. A-1520. Opinion Filed January 13, 1913.
Appeal from Pottawatomie County Court;
Ross F. Lockridge, Judge.

O. J. Truesdell was convicted of violating the prohibitory law, and appeals. Affirmed.

T. G. Cutlip, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, O. J. Truesdell, was tried and convicted at the October, 1911, term of the county court of Pottawatomie county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of five hundred dollars and imprisonment in the county jail for a period of 30 days. We have carefully examined the record in this case and find that the judgment of the trial court is correct and should be affirmed, and it is so ordered.